**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

JOSE LOPEZ PEREZ,

    Petitioner,

v.                                                                    Case No. 2:26-cv-02107-MSN-atc

CHRISTOPHER BULLOCK,

    Respondent.

---

**JUDGMENT**

---

**JUDGMENT BY COURT.**   This action came before the Court on Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), filed February 6, 2026.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal (ECF No. 17), this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

June 23, 2026
Date